No. 815, Misc.   SMITH *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 825, Misc.   WATSON *v.* LAVALLEE, WARDEN.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.   Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 827, Misc.   KURTH *v.* BENNETT, WARDEN.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.   Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 828, Misc.   DUNCAN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   Petitioner *pro se.*   Solicitor *General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 834, Misc.   JACOBSEN *v.* TRUSTEES OF COLUMBIA UNIVERSITY.   Supreme Court of New Jersey.   Certiorari denied.   Petitioner *pro se.   Edward D. Burns* and *John A. Kiser* for respondent.

No. 836, Misc.   ANDERTEN *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin* for the United States.

No. 845, Misc.   SCOTT *v.* BUCHKOE, WARDEN.   Supreme Court of Michigan.   Certiorari denied.

No. 935, Misc.   QUINTERO *v.* NEW YORK.   Appellate Division of the Supreme Court of New York, Second Judicial Department.   Certiorari denied.